IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ERIC SHRUM, : Civil No. 3:20-cv-444
:
    Plaintiff : (Judge Mariani)
:
v. :
:
CHERRI STEMPIEN, et al., :
:
    Defendants :

## ORDER

**AND NOW**, this 4th day of March, 2021, upon consideration of the medical Defendants' motion (Doc. 17) to dismiss, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 17) is **GRANTED**. The claims against the medical Defendants are **DISMISSED**.

2. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. See 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge