IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC SHRUM, | : | Civil No. 3:20-cv-444 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| CHERRI STEMPIEN, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 8th day of March, 2021, upon consideration of the Corrections Defendants' motion (Doc. 20) to dismiss, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying Memorandum,

**IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 20) is **GRANTED**.

2. The complaint and supplement (Docs. 1, 7) are **DISMISSED**.

3. Defendants John Wetzel, Bernadette Mason, and Jennifer Mahally are **DISMISSED** as parties to this action.

4. Plaintiff is granted twenty (20) days from the date of this Order to file a proposed amended complaint to cure the deficiencies with respect to his claims against Defendants Cherri Stempien, Francis Kirschner, Thomas Potsko, and Wayne Inniss, in accordance with this Order's accompanying Memorandum.

2

5. Failure to timely file a proposed amended complaint will result in the dismissal of this action without further notice of Court.

_____
Robert D. Mariani
United States District Judge